**654**

■

**STATE of Missouri, Respondent,**

v.

**Timothy W. HEMPFLING, Appellant.**

**No. ED 79686.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 7, 2002.

Application for Transfer Denied
Sept. 24, 2002.

David C. Hemingway, Assistant Public
Defender's Office, St. Louis, MO, for appellant.

John Munson Morris, III, Karen L.
Kramer, Assistant Attorney General's Office, Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN, J., and
LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Timothy W. Hempfling (Appellant) appeals from the trial court's Order and
Judgment (Judgment) denying his Motion
for Acquittal or New Trial (Motion) under
Rules 27.07 and 29.11.[1] Appellant asserts
that the trial court erred and, subsequently, he was denied the right to a fair trial.
We have reviewed the briefs of the parties
and the record on appeal and conclude that
the trial court's Judgment is not clearly
erroneous. An extended opinion would
have no precedential value. We have,

however, provided a memorandum setting
forth the reasons for our decision to the
parties for their use only. We affirm the
judgment pursuant to Missouri Rule of
Criminal Procedure 30.25(b) (2002).

1. All rule references are to Mo. R.Crim.     P.2001, unless otherwise indicated.